IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

LENNIE SHERRARD                                                                                              PLAINTIFF

v.                                            Case No. 1:22-cv-1043

SOUTHERN CAREGIVERS, LTD
and BLAKE WATSON                                                                                         DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Dismissal with Prejudice. ECF No. 15. The parties stipulate that this case should be dismissed with prejudice. An action may be dismissed by "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. P. 41(a)(1)(A)(ii). "Caselaw concerning stipulated dismissals under Rule 41(a)(1)(A)(ii) is clear that the entry of such a stipulation of dismissal is effective automatically and does not require judicial approval." *Gardiner v. A.H. Robins Co.*, 747 F.2d 1180, 1189 (8th Cir. 1984). The instant stipulation of dismissal is signed by Plaintiff and Defendants. Thus, Plaintiff's claims against Defendants were effectively dismissed when the parties filed the instant stipulation. However, this order issues for purposes of maintaining the docket. Accordingly, this case is hereby **DISMISSED WITH PREJUDICE**, with each party to bear its own fees and costs except as otherwise agreed.

The parties indicate that they settled all claims in this lawsuit. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing and filed with the court within thirty (30) days of the entry of this Judgment. The court retains jurisdiction to vacate this order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary.

**IT IS SO ORDERED**, this 26th day of July, 2023.

/s/ Susan O. Hickey
Susan O. Hickey
Chief United States District Judge